rari to the Circuit Court of Appeals for the Ninth Circuit granted. *Mr. Clark R. Fletcher* for petitioner. *Solicitor General Reed* for respondent.

No. 428. TUTTLE ET AL. *v.* HARRIS ET AL. October 21, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Mr. George T. Buckingham* for petitioners. *Mr. William J. Grace* for respondents.

No. 443. UNITED STATES *v.* CERTAIN LANDS IN THE CITY OF LOUISVILLE ET AL. October 28, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit granted. *Solicitor General Reed* for the United States. *Mr. Charles G. Middleton* for respondents.

No. 490. BUS & TRANSPORT SECURITIES CORP. *v.* COMMISSIONER OF INTERNAL REVENUE. November 11, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Mr. Albert E. James* for petitioner. *Solicitor General Reed* for respondent.

No. 566. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* MCILVAINE ET AL., TRUSTEES. November 11, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Solicitor General Reed* for petitioner. *Mr. Clay Judson* for respondents.

No. 4. VAN DER WEYDE *v.* OCEAN TRANSPORT CO., LTD. ET AL. November 18, 1935. Petition for writ of certio-